UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
**RACHEL LUIS COOPER, individually and on**   )
**behalf of K.I.C., her minor child,**        )
                                              )
    **Plaintiffs,**         )
                                              )   **Civil Action No.**
    v.                     )   **18-10665-FDS**
                                              )
**GLAXOSMITHKLINE LLC,**                      )
                                              )
    **Defendant.**          )
_____)

## ORDER ON CLAIM FOR DISCOVERY SANCTIONS

**SAYLOR, J.**

On May 26, 2016, this Court issued MDL Order No. 11, which required each plaintiff to complete a Plaintiff Fact Sheet. (Docket No. 252 ¶ 14). That Order also required plaintiffs to include signed declarations and duly executed authorizations with their fact sheets. (*Id.*). Furthermore, the Court ordered that "questions on the fact sheets shall be treated as interrogatories under Rule 33 of the Federal Rules of Civil Procedure, and shall be subject to the rules applicable to such interrogatories . . . ." (*Id.* ¶ 17).

Plaintiffs failed to timely comply with MDL Order No. 11. The Plaintiff Fact Sheet was due on June 4, 2018. On July 12, 2018, counsel for GSK sent a letter to plaintiffs' counsel requesting the document by July 19, 2018, and inviting a meet and confer on the issue. Counsel for GSK then filed a motion for an order to show cause on August 8, 2018. Plaintiffs' counsel filed a response on August 17, 2018, stating that she had difficulty reaching plaintiffs for several months, and had finally procured the Plaintiff Fact Sheet and accompanying declaration and authorizations on August 15, 2018.

In its motion, GSK requested that plaintiffs pay a sanction to cover costs incurred in bringing this motion. In general, an award of attorneys' fees is appropriate under Fed. R. Civ. P. 37(a)(5) when parties have failed to provide required discovery. Here, although plaintiffs' explanation is relatively weak, the deficiencies were cured, and under the circumstances it appears that no sanction is appropriate.

**So Ordered.**

Dated: August 17, 2018

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge